**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Romelio Madrid, | No. CV 07-1324-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| iWired, Inc., an Arizona corporation, Thomas George and Margaret George, a husband and wife, | |
| Defendants. | |

Currently before the Court is the Notice of Acceptance of the Rule 68 Offer (Doc. 16). The offer was served on September 10, 2007, and the acceptance was filed by Plaintiff on September 19, 2007.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall enter judgment in favor of Plaintiff in the amount of $226.00 plus costs accrued, in addition to $500.00 for attorneys' fees.

DATED this 21st day of September, 2007.

Stephen M. McNamee
United States District Judge